1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

Terrie Lynne Sena,

Petitioner

v.

Jo Gentry, *et al.*,

Defendants

**2:16-cv-01309-JAD-GWF**

**Order Denying Application to Proceed**
***in forma pauperis* and Dismissing and
Closing Case**

[ECF No. 1]

9

10          Nevada state prisoner Terrie Sena has not properly commenced this § 2254 action because

11   she has not submitted a complete application to proceed *in forma pauperis* or paid the $5.00 filing

12   fee.  Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Sena must attach both an inmate

13   account statement for the past six months and a properly executed financial certificate to her

14   application to proceed *in forma pauperis*.  Sena failed to attach either.  I therefore deny Sena's IFP

15   application and dismiss this case without prejudice to Sena's ability to file a new action in which she

16   pays the filing fee or submits a complete IFP application.  It does not appear that dismissal without

17   prejudice will result in a promptly-filed action being untimely.  But Sena is cautioned that she

18   remains responsible for calculating the limitations period that applies to her case, timely

19   commencing a new action, and properly exhausting her claims in state court.

20          Accordingly, IT IS HEREBY ORDERED that **Sena's application to proceed *in forma***

21   ***pauperis* [ECF No. 1] is DENIED; this action is DISMISSED without prejudice** to the filing of a

22   new action with the proper paperwork.  No further filings in this case will be entertained.

23          IT IS FURTHER ORDERED that **a certificate of appealability is DENIED** because

24   reasonable jurists would not find my dismissal of this action debatable or wrong.

25

26

27

28

The Clerk of Court is directed to send Sena two copies each of the court's approved application to proceed *in forma pauperis* for incarcerated persons and the noncapital section 2254 habeas petition form and to CLOSE THIS CASE.

Dated this 24th day of June, 2016.

_____
Jennifer A. Dorsey
United States District Judge